**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE ISLAMIC SOCIETY OF BASKING RIDGE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF BERNARDS, et al.,<br><br>Defendants. | Civil Action No. 16-1369 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court upon Plaintiffs The Islamic Society of Basking Ridge ("ISBR") and Mohammad Ali Chaudry's (collectively, "Plaintiffs") Motion to Quash Defendant Planning Board's April 19, 2016 Resolution and Enjoin Defendant Planning Board from Taking Further Action Regarding Plaintiffs. (ECF No. 25.) Defendants Township of Bernards, Bernards Township Planning Board, Bernards Township Committee, Barbara Kleinert, Jeffrey Plaza, Jim Baldassare, Jodi Alper, John Malay, Kathleen "Kippy" Piedici, Leon Harris, Paula Axt, Randy Santoro, Rich Moschello, Scott Ross, Carol Bianchi, Carolyn Gaziano, Thomas S. Russo, Jr., and John Carpenter (collectively, "Defendants") opposed (ECF No. 38), and Plaintiffs replied (ECF No. 45). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1.

Plaintiffs' Motion arises from an April 19, 2016 Resolution passed by the Bernards Township Planning Board, relaxing the 20-day time period for moving for a rehearing. (Pls.' Moving Br. 5, ECF No. 27; Pls.' Ex. 1, ECF No. 26-1.) According to the Resolution, the Bernards Township Planning Board granted a ninety-day extension on Plaintiffs' ability to move for a rehearing with respect to the Planning Board's denial of ISBR's site plan approval application.

(Pls.' Moving Br. 5; Pls.' Ex. 1.) Plaintiffs argue that "a planning board is divested of jurisdiction with respect to a land use application once that decision has been challenged in court." (Pls.' Opp'n Br. 6.) Plaintiffs assert that the Resolution is Defendants' attempt to "retrospectively manufacture evidence supportive of its defenses" in a way that "circumvent[s] this Court's jurisdiction." (*Id.* at 9.) Given that the Bernards Township Planning Board formally denied Plaintiffs' application on December 8, 2016, and the Resolution at issue passed on April 19, 2016, Plaintiffs' ninety-day window to move for rehearing has already closed. (*See* Pls.' Moving Br. 4; Pls.' Ex. 1.)

For the reasons stated above, and for other good cause shown,

**IT IS** on this 16th day of December 2016, **ORDERED** that Plaintiffs' Motion to Quash Defendant Planning Board's April 19, 2016 Resolution and Enjoin Defendant Planning Board from Taking Further Action Regarding Plaintiffs (ECF No. 25) is **DENIED** as moot.[1]

MASHIPP

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

[1]Plaintiffs' Motion is denied without prejudice to Plaintiffs' ability to raise the issue in the future if appropriate.