**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

THE ISLAMIC SOCIETY OF BASKING RIDGE, et al.,

Plaintiffs,

v.

TOWNSHIP OF BERNARDS, et al.,

Defendants.

Civil Action No. 16-1369 (MAS) (LHG)

**ORDER**

This matter comes before the Court on Plaintiffs The Islamic Society of Basking Ridge ("ISBR") and Mohammad Ali Chaudry, Ph.D.'s ("Dr. Chaudry") (collectively, "Plaintiffs") Motion for Partial Judgment on the Pleadings. (ECF No. 29.) Defendants Township of Bernards, Bernards Township Planning Board, Bernards Township Committee, Barbara Kleinert, Jeffrey Plaza, Jim Baldassare, Jodi Alper, John Malay, Kathleen "Kippy" Piedici, Leon Harris, Paula Axt, Randy Santoro, Rich Moschello, Scott Ross, Carol Bianchi, Carolyn Gaziano, Thomas S. Russo, Jr., and John Carpenter opposed (ECF No. 46), and Plaintiffs replied (ECF No. 51).

The Court has carefully considered the parties' submissions and heard oral argument on December 20, 2016. For the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 31st day of December, 2016, **ORDERED** that Plaintiffs' Motion for Partial Judgment on the Pleadings is **GRANTED** as to Counts Three (only as to the issue of parking), Eight, and Ten.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**