## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE ISLAMIC SOCIETY OF BASKING RIDGE and MOHAMMAD ALI CHAUDRY, | No. 16-cv-1369 (MAS) (LHG) |
| *Plaintiffs,* | ~~[PROPOSED]~~ ORDER |
| *v.* | |
| TOWNSHIP OF BERNARDS, BERNARDS TOWNSHIP PLANNING BOARD, BERNARDS TOWNSHIP COMMITTEE, BARBARA KLEINERT, in her official capacity, JEFFREY PLAZA, in his official capacity, JIM BALDASSARE, in his official capacity, JODI ALPER, in her official capacity, JOHN MALAY, in his official capacity, KATHLEEN "KIPPY" PIEDICI, in her official capacity, LEON HARRIS, in his official capacity, PAULA AXT, in her official capacity, RANDY SANTORO, in his official capacity, RICH MOSCHELLO, in his official capacity, SCOTT ROSS, in his official capacity, CAROL BIANCHI, in her official capacity, CAROLYN GAZIANO, in her official capacity, THOMAS S. RUSSO, JR., in his official capacity, and JOHN CARPENTER, in his official capacity, | |
| *Defendants.* | |

**THIS MATTER** having been brought before the Court for a telephonic status conference on January 17, 2017.

**IT IS HEREBY ORDERED THAT** the stay of non-party discovery in this case shall be lifted without further Order as of February 15, 2017.

**IT IS SO ORDERED.**

Dated: January 26, 2017

_____
Hon. Lois H. Goodman
United States Magistrate Judge

9487802