IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ISLAMIC SOCIETY OF BASKING RIDGE and MOHAMMAD ALI CHAUDRY,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOWNSHIP OF BERNARDS, BERNARDS TOWNSHIP PLANNING BOARD, BERNARDS TOWNSHIP COMMITTEE, BARBARA KLEINERT, in her official capacity, JEFFREY PLAZA, in his official capacity, JIM BALDASSARE, in his official capacity, JODI ALPER, in her official capacity, JOHN MALAY, in his official capacity, KATHLEEN "KIPPY" PIEDICI, in her official capacity, LEON HARRIS, in his official capacity, PAULA AXT, in her official capacity, RANDY SANTORO, in his official capacity, RICH MOSCHELLO, in his official capacity, SCOTT ROSS, in his official capacity, CAROL BIANCHI, in her official capacity, CAROLYN GAZIANO, in her official capacity, THOMAS S. RUSSO, JR., in his official capacity, and JOHN CARPENTER, in his official capacity,<br><br>*Defendants*. | No. 16-cv-1369 (MAS) (LHG)<br>16-cv-8700 (MAS) (LHG)<br><br>[~~PROPOSED~~] AMENDED CASE MANAGEMENT ORDER |
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>TOWNSHIP OF BERNARDS, NEW JERSEY and BERNARDS TOWNSHIP PLANNING BOARD,<br><br>*Defendants*. | |

9478709

**THIS MATTER** having been brought before the Court for a telephonic status conference on January 17, 2017.

**IT IS HEREBY ORDERED THAT:**

1. The Case Management Order entered in this case, dated November 1, 2016, is hereby amended on consent of the parties as set forth herein.

2. Discovery in this case, except for any discovery as to non-parties, shall proceed according to the following schedule:

| | |
|---|---|
| Defendants initial production responsive to Plaintiffs' document requests no later than | February 10, 2017 |
| Substantial completion of document productions no later than | March 3, 2017 |
| *[seek leave for]* Amendments to pleadings and joinder of parties | March 17, 2017 |
| Close of all fact discovery | June 22, 2017 |
| Initial expert reports (party bearing burden of proof) to be served by | July 13, 2017 |
| Rebuttal expert reports to be served by | August 16, 2017 |
| Depositions of experts to be completed by | September 22, 2017 |
| Deadline for dispositive motions | October 27, 2017 |
| Responses to dispositive motions due | December 1, 2017 |
| Replies for dispositive motions due | December 20, 2017 |
| Trial (Plaintiffs' estimated length: 10 trial days; Defendants' estimated length: 20 trial days) | ~~Spring 2018~~ To be determined. |



3. The parties shall appear before the undersigned by telephone on May 9, 2017 at 9:30 A.M. for a status conference with that call to be initiated by Plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated: January 26, 2017

Hon. Lois H. Goodman
United States Magistrate Judge

3