IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

THE ISLAMIC SOCIETY OF BASKING RIDGE
and MOHAMMAD ALI CHAUDRY,

        Plaintiffs,

v.

TOWNSHIP OF BERNARDS, BERNARDS
TOWNSHIP PLANNING BOARD, BERNARDS
TOWNSHIP COMMITTEE, BARBARA
KLEINERT, in her official capacity, JEFFREY
PLAZA, in his official capacity, JIM
BALDASSARE, in his official capacity, JODI
ALPER, in her official capacity, JOHN MALAY, in
his official capacity, KATHLEEN "KIPPY"
PIEDICI, in her official capacity, LEON HARRIS, in
his official capacity, PAULA AXT, in her official
capacity, RANDY SANTORO, in his official
capacity, RICH MOSCHELLO, in his official
capacity, SCOTT ROSS, in his official capacity,
CAROL BIANCHI, in her official capacity,
CAROLYN GAZIANO, in her official capacity,
THOMAS S. RUSSO, JR., in his official capacity,
and JOHN CARPENTER, in his official capacity,

        Defendants.

Civil Action No. 16-1369 ~~16 Civ. 1369~~

---

### ~~PROPOSED~~ ORDER ADMITTING KATE OLIVERI AND RICHARD THOMPSON
### *PRO HAC VICE*

THIS MATTER having been brought before the Court at the request of Michael P. Hrycak, counsel for Cody Smith, Kevin Tartaglione, Linda Arnold, Christopher Quick, Loretta Quick, Ashok Wahi, Parag Dhagat, and Lori Caratzole, all Non-Parties (hereinafter referred to as "Non-Parties") in this action and the Court having considered the Certification in support of the application, which reflects that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c)(1);

And for good cause shown:

IT IS on this 7th day of March, 2017:

**ORDERED** that the application for the *pro hac vice* admission of Kate Oliveri and Richard Thompson is granted;

**IT IS FURTHER ORDERED** that in accordance with Local Civ. R. 101.1, counsel shall abide by all rules and laws of the State of New Jersey, including disciplinary rules; and it is further

**ORDERED** that counsel shall consent to the appointment of the Clerk of the New Jersey Supreme Court as agent upon whom service of process may be made for all actions against them or their law firm that may arise out of his participation in this matter; and it is further

**ORDERED** that counsel shall contact the Court immediately about any matter that may affect their standing in any jurisdiction in which they are admitted; and it is further

**ORDERED** that the movant shall be the attorney of record in this case in accordance with Local Civ. R. 101.1(c); and shall (a) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (b) sign all pleadings, briefs, and other papers submitted to this Court; (c) appear at all proceedings unless excused in advance; and (d) be responsible for the conduct of the cause and counsel in this matter, and it is further

~~ORDERED that there may be no delay in discovery, motion practice, trial or any other proceeding because counsel is unable to attend; and it is further~~

**ORDERED** that counsel shall pay $150 each to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3) within twenty (20) days from the date of entry of this Order, and it is further

~~ORDERED that counsel shall comply annually with R. 1:20-1(b) and R. 1:28-2(a) within twenty (20) days of the date of entry of this Order and submit an affidavit of compliance with the Court~~; and it is further

**ORDERED** that counsel each shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civ. R. ~~101(e)(2)~~ 101.1(c)(2) and New Jersey Court Rule ~~1:28-2~~ 1:28-2(a) within twenty (20) days from the entry of this order; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days; and it is further

Dated: ~~January~~ March 7, 2017

Hon. ~~Michael A. Shipp~~, U.S.D.J.
LOIS H. GOODMAN

→ ORDERED that Kate Oliveri and Richard Thompson shall file supplemental certifications within ten days of entry of this Order providing a statement that discloses each bar they are a member in good standing and the name and address of the official or office maintaining the roll of such members of its bar; in lieu thereof, the supplemental papers may attach a certificate of good standing issued by the person or office maintaining the roll of the members of its bar in accordance with Local civil Rule 101.1(c)(1).

3