**ALD-142**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-4414
_____

THE ISLAMIC SOCIETY OF BASKING RIDGE;
MOHAMMAD ALI CHAUDRY

v.

TOWNSHIP OF BERNARDS; BERNARDS TOWNSHIP PLANNING BOARD; BERNARDS TOWNSHIP COMMITTEE; BARBARA KLEINERT, in her official capacity; JEFFREY PLAZA, in his official capacity; JIM BALDASSARE, in his official capacity; JODI ALPER, in her official capacity; JOHN MALAY, in his official capacity; KATHLEEN "KIPPY" PIEDICI, in her official capacity; LEON HARRIS, in his official capacity; PAULA AXT, in her official capacity; RANDY SANTORO, in his official capacity; RICH MOSCHELLO, in his official capacity; SCOTT ROSS, in his official capacity; CAROL BIANCHI, in her official capacity; CAROLYN GAZIANO, in her official capacity; THOMAS S. RUSSO, JR.; JOHN CARPENTER, in his official capacity

\*Michael S. Barth, Appellant
(\*Pursuant to Rule 12(a), Fed. R. App. P.)

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 16-cv-01369)
District Judge: Honorable Michael A. Shipp

_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 23, 2017
Before: MCKEE, JORDAN and RESTREPO, Circuit Judges

_____

**JUDGMENT**

_____

     This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 23, 2017.  On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered December 16, 2016, be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.

                                          ATTEST:

                                          s/ Marcia M. Waldron
                                          Clerk

DATED:  March 8, 2017