# Robinson+Cole

JOHN F.X. PELOSO, JR.

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
jpeloso@rc.com
Direct (203) 462-7503

Also admitted in New York

*Electronic Mail*

March 24, 2017

The Honorable Lois H. Goodman
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Granted.*

So Ordered this ___28th___ day
of ___March___, 20_17_

Re:   The Islamic Society of Basking Ridge, et al. v. Township of Bernards, et al., No. 16-cv-01369 (MAS) (LHG)

Dear Judge Goodman:

We are counsel for all defendants. We write to request an additional one week extension of time, from March 24, 2017 to March 31, 2017, for defendants to amend pleadings and/or join parties.

By Case Management Order dated November 1, 2016 (ECF No. 70) the Court set March 17, 2017 as the deadline to amend pleadings and join parties. Since that time the parties have made substantial progress towards reaching a settlement and final resolution of the case. By letter motion dated March 17, 2017, defendants requested a one week extension, until today, to amend pleadings and join parties. The Court granted an extension to seek leave to amend until today. The parties conducted a day long in person mediation with Judge Pisano yesterday. Defendants will be meeting with their counsel this coming Tuesday to see if proposed terms for settlement proffered by the DOJ and ISBR are acceptable to defendants.

# Robinson+Cole

The Honorable Lois H. Goodman
March 24, 2017
Page 2

Given the above, defendants, in good faith, believe there is good cause for this extension. Both ISBR and DOJ counsel consent to the extension.

Respectfully Submitted,

John F.X. Peloso, Jr.

cc: Hiram B. Carey III, Esq. (by e-mail)
Michael Campion, Esq. (by e-mail)
Adeel A. Mangi, Esq. (by e-mail)
Howard Mankoff, Esq. (by email)